449 A.2d 70

**COMMONWEALTH of Pennsylvania**

v.

**Anthony M. JOHNSON, Appellant.**

**No. 2249 October Term, 1979.**

Superior Court of Pennsylvania.

Aug. 10, 1982.

## ORDER OF COURT

PER CURIAM:

AND NOW, to-wit, this 10th day of August, 1982, Appellant's Petition for Permission to file Application for Reargu-

46

ment En Banc Nunc Pro Tunc is denied, Pa.Super., 441 A.2d 784.